UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-65-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOSHUA RYAN DURRETT | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court to dismiss the Information in this case for the following reasons:

1. Criminal Information and plea agreement was filed on May 27, 2010.

2. Plea to the Criminal Information was scheduled for October 12, 2010 before Judge Daniel and reset for November 9, 2010 before Judge Daniel.

3. Defendant failed to appear at the plea hearing on October 12, 2010 and November 9, 2010.

4. Defendant was indicted before a Grand Jury on November 24, 2010 for the same or similar conduct as the above listed information.

(REMAINDER OF PAGE INTENTIONALLY BLANK)

Therefore, the government requests that the Information in this case be dismissed.

Respectfully submitted this 24th day of May, 2012.

                        THOMAS G. WALKER
                        United States Attorney

          BY:  /S/ TIMOTHY M. SEVERO
               TIMOTHY M. SEVERO
               Special Assistant United States Attorney
               Criminal Division
               310 New Bern Avenue, Suite 800
               Raleigh, NC 27601
               Office: 919-856-4530
               Facsimile: 919-856-4487
               NC Bar No.: 19621
               Email: Timothy.Severo@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

Date: _June 4, 2012_____